**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

CASE NO.:

CHRISTINE STEPANOVICH,

    Plaintiff,
v.

ALORICA, INC.,
a foreign profit corporation,

    Defendant.
_____/

**DEFENDANT'S NOTICE OF AND PETITION FOR REMOVAL**
**(Federal question)**

Defendant, Alorica, Inc. ("Alorica" or "Defendant"), by and through the undersigned counsel, and in accordance with the applicable Federal Rules of Civil Procedure and 28 U.S.C. §§ 1331, 1367, 1441, and 1446, hereby files this Notice of and Petition for Removal (the "Notice"). Defendant requests that the Court remove this action filed by Plaintiff in the Circuit Court of the Eleventh (11th) Judicial Circuit in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida, Miami Division.  The grounds for removal of this civil action are set forth below.

    1.    On or about December 6, 2023, Plaintiff filed a Complaint in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, *Stepanovich v. Alorica, Inc.* (the "Circuit Court case"). The Circuit Court case was assigned case number 2023-027631-CA-05.

    2.    In the Complaint, Plaintiff alleges the following causes of action:

        (a)    violations of the Americans with Disabilities Act of 1990, 42 U.S.C. § 12101, *et seq.* ("ADA");

1

      (b)    violations of the of the Florida Civil Rights Act of 1992, Fla. Stat. § 760.10, *et seq.* ("FCRA");

3. Because Plaintiff alleges claims under the ADA (Counts III and IV), this action is within the original federal question jurisdiction of the United States District Court pursuant to 28 U.S.C. § 1331.  Thus, this action is removable pursuant to 28 U.S.C. § 1441(a).

4. Plaintiff's Florida statutory claims for discrimination under the FCRA fall within the Court's supplemental jurisdiction pursuant to 28 U.S.C. § 1367 as the allegations in support of the FCRA claims stem from the same set of facts and form part of the same case or controversy as Plaintiff's ADA claims.

5. On December 14, 2023, Defendant was served with Plaintiff's Complaint. Therefore, this Notice has been filed within thirty (30) days after Defendant received the pleading setting forth the claims for relief upon which this removal is based as required by 28 U.S.C. § 1446(b).

6. As required by 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders filed in the Circuit Court case are attached to this Notice as "EXHIBIT A."

7. Pursuant to 28 U.S.C. § 1446(d), Defendant will promptly provide written notice of the removal to Plaintiff and will file a copy of this Notice in the Circuit Court in and for Miami-Dade County, Florida.

8. The United States District Court for the Southern District of Florida, Miami Division, includes the judicial county in which Plaintiffs filed their Complaint.  Thus, removal is proper to this Court.

WHEREFORE, Defendant, Alorica, Inc., respectfully requests that the United States District Court for the Southern District of Florida accept the removal of this action from the Circuit Court in and for Miami-Dade County, Florida and direct that the Circuit Court has no further jurisdiction of this matter unless and until this case is remanded.

Dated:  January 16, 2024

Respectfully submitted,

/s/ *Dion J. Cassata*
Dion J. Cassata, Esq.
Florida Bar No.: 672564
Email: dion.cassata@jacksonlewis.com

JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
Two South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 577-7600
Facsimile: (305) 373-4466

*Counsel for Defendant*
*Alorica, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 16, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notice of Electronic Filing generated by CM/ECF and Electronic Mail.

*/s/ Dion J. Cassata*
Dion J. Cassata, Esq.

## SERVICE LIST

Jacob Auerbach, Esq.
Florida Bar No. 084003
Email: *jauerach@gallup-law.com*

GALLUP AUERBACH
4000 Hollywood Boulevard
Presidential Circle-Suite 265 South
Hollywood, Florida 33021.

*Attorneys for Plaintiff*

Dion J. Cassata, Esq.
Florida Bar No. 672564
Email: *dion.cassata@jacksonlewis.com*

JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 577-7600

*Attorneys for Defendant*