# EXHIBIT A

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CHRISTINE STEPANOVICH,

CASE NO.:

Plaintiff,

v.

ALORICA INC.

Defendant. /

**COMPLAINT**

Plaintiff, CHRISTINE STEPANOVICH, by and through her undersigned attorney, sues Defendant, ALORICA INC., and alleges as follows:

**NATURE OF CLAIMS**

1. This is an action against the Defendant for discrimination under the Florida Civil Rights Act of 1992, as amended, Chapter §760, Fla. Stat. ("FCRA") and Americans with Disabilities Act ("ADA") and the Americans with Disabilities Amendments Act.

**JURISDICTION AND VENUE**

2. This is an action for damages in excess of $50,000.00 for violations of the FCRA and the ADA.

3. Venue lies in Miami-Dade County, Florida, as the Defendant operates within Miami-Dade County, Florida, and the Defendant's unlawful conduct giving rise to the claims asserted herein was committed within this judicial district.

**PARTIES**

4. Plaintiff is *sui juris* and, at all times materials hereto, has been a resident of Miami-Dade County, Florida.

5. Defendant is a foreign corporation that conducts business in Miami-Dade County, Florida, within the jurisdiction of the Court.

6. At all times material hereto, the Defendant acted through its agents, servants, representatives, and/or employees.

7. Plaintiff was an employee of the Defendant as that term is defined under the FCRA and the ADA.

8. Defendant was Plaintiff's employer as that term is defined under the FCRA and the ADA.

9. At all times material hereto, the Defendant has employed more than fifteen (15) persons for the requisite period of time and, therefore, was and is an "employer" as that term is defined in Florida Statute section 760.02(7) and the ADA.

10. At all times material hereto, the Plaintiff has been a "qualified individual" under the ADA since she can perform the primary duties of the job with or without an accommodation. *See* 42 U.S.C. § 12111(8).

11. The Plaintiff is covered by the ADA because she is an individual who:

(a) Has a physical impairment that substantially limits one or more of her major life activities or bodily functions;

(b) Has a record of physical impairment that substantially limits one or more of her major life activities or bodily functions; and/or

(c) Was regarded as having a physical impairment that substantially limits one or more of her major life activities or bodily functions.

12. The Plaintiff is an "aggrieved person," as defined by Florida Statutes §760.02(10) and the ADA, as on approximately April 10, 2023, she dual-filed a Charge of Discrimination against the

Defendant with the U.S. Equal Opportunity Commission ("EEOC") and the Florida Human Rights Commission ("FCHR"), a copy of which is attached as **Exhibit "A,"** alleging that the Defendant subjected her to disability discrimination in violation of the ADA and FCRA.

13. On October 10, 2023, the EEOC issued to Plaintiff a Notice of Right to Sue, a copy of which is attached hereto as **Exhibit "B."**

14. The Plaintiff has fulfilled all conditions precedent and administrative prerequisites of the applicable law prior to filing this Complaint.

## FACTUAL ALLEGATIONS

15. At all times material hereto, the Plaintiff has been legally blind.

16. On approximately February 6, 2023, the Plaintiff was hired by the Defendant to work in its customer service department.

17. At the start of her employment, the Plaintiff informed the Defendant that she is legally blind and would need the computer's mouse pointer to be enlarged in order for her to perform her job duties involving the operation of the Defendant's computer system. The Plaintiff was able to perform her other job duties without accommodation.

18. In response, on approximately February 24, 2023, the Defendant directed the Plaintiff to contact the Defendant's human resources department and complete the required accommodation paperwork, and the Plaintiff promptly took this action.

19. During the period that immediately followed, the Plaintiff was forced to work without an accommodation, performing her job functions without being able to see the cursor or mouse pointer on the computer screen, which made it virtually impossible for her to input customer information.

20. On approximately March 4, 2023, the Defendant requested more information from the Plaintiff regarding her accommodation request and also requested the Plaintiff to authorize the release of her medical information.

21. The Plaintiff complied with Defendant's requests and authorized her physician, Dr. Gannon, to release her medical information. Dr. Gannon also completed a Physician's Accommodation Certificate for the Defendant, clearly describing the Plaintiff's medical condition and specifically stating that she would have functional limitations using a computer at work.

22. On approximately March 16, 2023, the Defendant required the Plaintiff to conduct a mock phone call even though the Defendant had not provided the Plaintiff with any accommodations to adequately use the computer to perform this function. As a result, the Plaintiff was unable to sufficiently navigate the computer screen during the mock call, and, thus, the Plaintiff failed this exercise.

23. On approximately March 17, 2023, the Defendant terminated the Plaintiff's employment.

24. The reason offered by the Defendant for terminating the Plaintiff's employment is a clear pretext for the Plaintiff's discriminatory discharge.

25. The Defendant failed to adequately engage in any interactive process with the Plaintiff or provide her with any reasonable accommodation for her disability during her employment.

26. The Plaintiff has retained the undersigned attorney to represent her in this action and is obligated to pay her attorneys a reasonable fee for their services.

## COUNT I
## VIOLATION OF FCRA (HANDICAP DISCRIMINATION)

27. The Plaintiff reasserts the general allegations as set forth above in paragraphs 1 through 26 and incorporates the same herein by this reference.

28. The Plaintiff has suffered from a handicap in that she experienced one or more medical conditions, which substantially limited one or more of her major life activities.

29. The Defendant was aware that the Plaintiff suffered from a handicap.

30. The Defendant violated the FCRA by failing to accommodate the Plaintiff's handicap, failing to engage in any interactive process with her, and terminating her employment because of her handicap.

31. As a result of Defendant's violations of the FCRA, the Plaintiff has suffered damages including lost wages, benefits and other compensation, and interest thereon.

32. The Plaintiff is entitled to recover punitive damages, attorneys' fees, and costs pursuant to Section 760.11(5), Florida Statutes.

WHEREFORE, Plaintiff, CHRISTINE STEPANOVICH, prays that this Court will:

a. Issue a declaratory judgment that Defendant's practices toward Plaintiff violated her rights under the FCRA;

b. Enjoin the Defendant and its managerial employees from continuing or maintaining the policy, practice or custom of denying, abridging, withholding or conditioning the right of employees on the basis of their handicap in violation of the FCRA;

c. Order Defendant to remedy the handicap discrimination of Plaintiff by:

i. Paying appropriate back pay;
ii. Paying prejudgment interest;
iii. Paying front pay in lieu of reinstatement;
iv. Paying for lost benefits;
v. Providing any other relief that is appropriate.

d. Enter a judgment against Defendant for compensatory damages;

e. Enter a judgment against Defendant for punitive damages; and

f. Grant Plaintiff costs and a reasonable award of attorneys' fees pursuant to the FCRA.

**COUNT II**
**VIOLATION OF THE FCRA (PERCEIVED HANDICAP DISCRIMINATION)**

33. The Plaintiff reasserts the general allegations as set forth above in paragraphs 1 through 26 and incorporates the same herein by this reference.

34. The Defendant violated the FCRA by discriminating against the Plaintiff based on its perception that the Plaintiff was handicapped based on her being legally blind.

35. The Defendant violated the FCRA by failing to accommodate the Plaintiff's handicap, failing to engage in any interactive process with her, and terminating her employment because of her handicap.

36. As a result of Defendant's violations of the FCRA, the Plaintiff has suffered damages including lost wages, benefits, and other compensation and interest thereon.

37. The Plaintiff is entitled to recover punitive damages, attorneys' fees, and court costs pursuant to Section 760.11(5), Florida Statutes.

WHEREFORE, Plaintiff, CHRISTINE STEPANOVICH, prays that this Court will:

a. Issue a declaratory judgment that Defendant's practices toward Plaintiff violated her rights under the FCRA;

b. Enjoin the Defendant and its management employees from continuing or maintaining the policy, practice or custom of denying, abridging, withholding, or conditioning the right of employees on the basis of their handicap in violation of the FCRA;

c. Order Defendant to remedy the handicap discrimination of Plaintiff by:

    i. Paying appropriate back pay;
    ii. Paying prejudgment interest;
    iii. Paying front pay in lieu of reinstatement;
    iv. Paying for lost benefits;
    v. Providing any other relief that is appropriate.

d. Enter a judgment against Defendant for compensatory damages;

e. Enter a judgment against Defendant for punitive damages; and

f. Grant Plaintiff costs and a reasonable award of attorneys' fees pursuant to the FCRA.

**COUNT III**
**VIOLATION OF THE ADA (DISABILITY DISCRIMINATION)**

38. The Plaintiff reasserts the general allegations as set forth above in paragraphs 1 through 26 and incorporates the same herein by this reference.

39. During the relevant time period, the Plaintiff was a disabled person by virtue of being legally blind, which substantially limited one or more of her major life activities.

40. The Defendant violated the ADA by failing to accommodate the Plaintiff's disability, failing to engage in any interactive process with her, and terminating her employment because of her disability.

41. As a result of Defendant's violations of the ADA, the Plaintiff has been damaged.

WHEREFORE, Plaintiff, CHRISTINE STEPANOVICH, prays that this Court will:

a. Order Defendant to remedy the disability discrimination of Plaintiff by:

   i. Paying appropriate back pay;

   ii. Paying prejudgment and post-judgment interest;

   iii. Paying front pay in lieu of reinstatement;

   iv. Paying for lost benefits including medical insurance, pension and retirement plan;

   v. Providing any other relief that is appropriate.

b. Enter an order against Defendant for compensatory damages;

c. Enter an order against Defendant for punitive damages;

d. Grant Plaintiff costs and a reasonable award of attorney's fees pursuant to 42 U.S.C. § 12205.

**COUNT IV**
**VIOLATION OF THE ADA (PERCEIVED DISABILITY DISCRIMINATION)**

42. The Plaintiff reasserts the general allegations as set forth above in paragraphs 1 through 26 and incorporates the same herein by this reference.

43. The Defendant violated the ADA by discriminating against Plaintiff based on its perception that the Plaintiff was disabled based on her being legally blind.

44. The Defendant violated the ADA by failing to accommodate the Plaintiff's disability, failing to engage in any interactive process with her, and terminating her employment because of her disability.

45. As a result of Defendant's violations of the ADA, the Plaintiff has suffered damages including lost wages, benefits and other compensation, and interest thereon.

WHEREFORE, Plaintiff, CHRISTINE STEPANOVICH, prays that this Court will:

a. Order Defendant to remedy the disability discrimination of Plaintiff by:
   i. Paying appropriate back pay;
   ii. Paying prejudgment and post-judgment interest;
   iii. Paying front pay in lieu of reinstatement;
   iv. Paying for lost benefits including medical insurance, pension and retirement plan;
   v. Providing any other relief that is appropriate.
b. Enter an order against Defendant for compensatory damages;
c. Enter an order against Defendant for punitive damages;
d. Grant Plaintiff costs and a reasonable award of attorney's fees pursuant to 42 U.S.C. § 12205.

**DEMAND FOR JURY TRIAL**

Plaintiff, CHRISTINE STEPANOVICH, demands trial by jury for all issues so triable by right of jury under state or federal law.

Respectfully submitted,

**GALLUP AUERBACH**
*Counsel for Plaintiff*
4000 Hollywood Boulevard
Presidential Circle-Suite 265 South
Hollywood, Florida 33021
t: (954) 894-3035 f: (754) 200-2836
E-mail: jauerach@gallup-law.com

By: */s/ Jacob Auerbach*_________
JACOB AUERBACH
Florida Bar No.: 084003

# Exhibit "A"

EEOC MIAMI DISTRICT OFFICE
RECEIVED 04/10/2023

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented to:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s): |
|---|---|---|

**Florida Commission on Human Relations** and EEOC
*State or local Agency, if any*

| Name *(Indicate Mr., Ms. or Mrs.)*<br>**Ms. Christine Stepanovich** | Telephone No. *(Incl Area Code)*<br>**(786) 918-9108** | Date of Birth |
|---|---|---|
| **Street Address**<br>**16300 SW 96th Avenue** | **City, State, and ZIP Code**<br>**Miami, FL 33157** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than one, list below.)*

| Name<br>**Alorica, Inc.** | No. of Employees, Members<br>**15+** | Phone No. (Include Area Code)<br>**(305) 341-9199** |
|---|---|---|
| **Street Address**<br>**19500 South Dixie Hwy.** | **City, State and ZIP Code**<br>**Miami, FL 33157** | **County**<br>**Miami-Dade** |

| DISCRIMINATION BASED ON *(Check appropriate box(es))* | DATE DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN<br>☐ RETALIATION ☐ AGE ☒ DISABILITY ☐ GENETIC INFORMATION ☐ OTHER | *Earliest* **February 2023** *Latest* **March 2023**<br>☐ CONTINUING ACTION |

THE PARTICULARS ARE: *(If additional space is needed, attach extra sheet(s))*

**1. I am legally blind. I began working for the Respondent on February 6, 2023, in its customer service department. For the first three weeks of my employment, I received training so that I would be able to use the Company's computer system and to learn how to handle phone calls with customers to whom I would provide customer assistance. The Respondent knew I was legally blind and that I would need the computer's mouse pointer to be enlarged for me to operate the computer system. On February 24, 2023, the Respondent directed me to contact the human resources department and to complete the required accommodation paperwork. Because the Respondent did not immediately accommodate my disability, I was forced to perform my job functions without being able to see the cursor and the mouse pointer on the computer screen which made it impossible for me to input customer information.**

**2. On March 4, 2023, the Respondent asked me to provide more information regarding my accommodation request and to authorize a release of my medical information. I complied with their request and authorized my physician to release my medical information. My physician also completed a Physician's Accommodation Certificate for the Respondent's review. The Certificate clearly described my medical condition and stated that I would have functional limitations using a computer at work. On March 13, 2023, I contacted Ms. Grant to tell her that if the Respondent did not immediately accommodate my disability, my employment was going to be terminated. On March 16, 2023, the Respondent required me to conduct a mock phone call even though it knew I could not use the computer. On March 17, 2023, the Respondent terminated my employment.**

**3. I believe the Company violated the Americans with Disabilities Act ("ADA") and the Florida Civil Rights, ("FCRA") by not accommodating me because of my disability and for terminating my employment because of my disability.**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - When necessary for State and Local Requirements |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>Mar 28, 2023 — [signature] Christine Stepanovich (Mar 28, 2023 15:52 EDT)<br>Date — Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge and belief.<br><br>SIGNATURE OF COMPLAINANT<br>[signature] Christine Stepanovich (Mar 28, 2023 15:52 EDT)<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(Month, day and year)* |

# Exhibit "B"

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
**Miami District Office**
100 SE 2nd St, Suite 1500
Miami, FL 33131
(800) 669-4000
Website: www.eeoc.gov

# DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)
Issued On: 10/10/2023

**To:** Christine Stepanovich
c/o Jacob K. Auerbach, Esq.
Gallup Auerbach
4000 Hollywood Boulevard, Suite 265-S
Hollywood, FL 33021

Charge No: 15C-2023-00043

EEOC Representative and email: Frank Hernandez
State, Local & Tribal Program Manager
Frank.Hernandez@eeoc.gov

## DETERMINATION OF CHARGE

The EEOC has adopted the findings of the state or local fair employment practices agency that investigated your charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

Digitally Signed By: Evangeline Hawthorne
10/10/2023

Evangeline Hawthorne
Director

**Cc:** Catherine Manofsky, Esq.
Alorica, Inc.
19500 South Dixie Hwy.
Miami, FL 33157

**Please retain this notice for your records.**

**FORM 1.997. CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

---

**I. CASE STYLE**

IN THE CIRCUIT/COUNTY COURT OF THE ELEVENTH JUDICIAL CIRCUIT,
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CHRISTINE STEPANOVICH
Plaintiff

Case # ________________
Judge ________________

vs.
ALORICA INC.
Defendant

---

**II. AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐ $8,000 or less
☐ $8,001 - $30,000
☐ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☒ over $100,000.00

**III. TYPE OF CASE** (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
  ☐ Business governance
  ☐ Business torts
  ☐ Environmental/Toxic tort
  ☐ Third party indemnification
  ☐ Construction defect
  ☐ Mass tort
  ☐ Negligent security
  ☐ Nursing home negligence
  ☐ Premises liability—commercial
  ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
  ☐ Commercial foreclosure
  ☐ Homestead residential foreclosure
  ☐ Non-homestead residential foreclosure
  ☐ Other real property actions

☐ Professional malpractice
  ☐ Malpractice—business
  ☐ Malpractice—medical
  ☐ Malpractice—other professional
☒ Other
  ☐ Antitrust/Trade regulation
  ☐ Business transactions
  ☐ Constitutional challenge—statute or ordinance
  ☐ Constitutional challenge—proposed amendment
  ☐ Corporate trusts
  ☒ Discrimination—employment or other
  ☐ Insurance claims
  ☐ Intellectual property
  ☐ Libel/Slander
  ☐ Shareholder derivative action
  ☐ Securities litigation
  ☐ Trade secrets
  ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
☐ Residential Evictions
☐ Non-residential Evictions
☐ Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order. Yes ☐ No ☒

**IV. REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☒ Punitive

**V. NUMBER OF CAUSES OF ACTION:** [ ]
(Specify)

4

**VI. IS THIS CASE A CLASS ACTION LAWSUIT?**
☐ yes
☒ no

**VII. HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒ no
☐ yes If "yes," list all related cases by name, case number, and court.

**VIII. IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒ yes
☐ no

**IX. DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**
☐ yes
☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ Jacob K. Auerbach
Attorney or party

Fla. Bar # 84003
(Bar # if attorney)

Jacob K. Auerbach
(type or print name)

12/05/2023
Date

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CHRISTINE STEPANOVICH, CASE NO: 2023-027631-CA (25)

Plaintiff,

v.

ALORICA INC.

Defendant. /

## SUMMONS

THE STATE OF FLORIDA:

To Each Sheriff of the State of Florida:

**YOU ARE HEREBY COMMANDED** to serve this summons and a copy of the complaint or petition in this action on Defendant:

**ALORICA INC.**
REGISTERED AGENT SOLUTIONS, INC., Registered Agent
155 Office Plaza Dr., Suite A
Tallahassee, FL 32301

Each Defendant is required to serve written defenses to the complaint or petition on Plaintiff's attorney, to-wit:

Jacob K. Auerbach, Esq.
**Gallup Auerbach**
4000 Hollywood Boulevard,
Suite 265 South
Hollywood, Florida 33021
Tel: (954) 894-3035
E: jauerbach@gallup-law.com

within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

**DATED** on this _______ day of ____________ 2023.

________________________
As Clerk of the Court

By: ____________________
As Deputy Clerk

Jacob K. Auerbach, Esq.
Florida Bar No.: 084003
**Gallup Auerbach**
4000 Hollywood Boulevard
Suite 265 South
Hollywood, Florida 33021
t: (954) 894-3035
e: jauerbach@gallup-law.com

**IMPORTANT**

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response with the Clerk of the Court, you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below

**IMPORTANT**

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el bribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

**IMPORTANT**

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme di-dessous.

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CHRISTINE STEPANOVICH,

CASE NO: 2023-027631-CA (25)

Plaintiff,

v.

ALORICA INC.

Defendant. /

**SUMMONS**

THE STATE OF FLORIDA:

To Each Sheriff of the State of Florida:

**YOU ARE HEREBY COMMANDED** to serve this summons and a copy of the complaint or petition in this action on Defendant:

**ALORICA INC.**
REGISTERED AGENT SOLUTIONS, INC., Registered Agent
155 Office Plaza Dr., Suite A
Tallahassee, FL 32301

Each Defendant is required to serve written defenses to the complaint or petition on Plaintiff's attorney, to-wit:

Jacob K. Auerbach, Esq.
**Gallup Auerbach**
4000 Hollywood Boulevard,
Suite 265 South
Hollywood, Florida 33021
Tel: (954) 894-3035
E: jauerbach@gallup-law.com

within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

**DATED** on this _______ day of 12/6/2023 2023.

Juan Fernandez-Barquin,
Clerk of the Court and Comptroller

___________________________
As Clerk of the Court

By: ___________________ 307965
As Deputy Clerk

Jacob K. Auerbach, Esq.
Florida Bar No.: 084003
**Gallup Auerbach**
4000 Hollywood Boulevard
Suite 265 South
Hollywood, Florida 33021
t: (954) 894-3035
e: jauerbach@gallup-law.com

**IMPORTANT**

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response with the Clerk of the Court, you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below

**IMPORTANT**

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el bribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

**IMPORTANT**

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme di-dessous.

# RETURN OF SERVICE

**State of Florida** **County of MIAMI-DADE** **CIRCUIT Court**

Case Number: 2023-027631-CA(25)

Plaintiffs:
**CHRISTINE STEPANOVICH**

vs.

Defendant:
**ALORICA INC.**

For:
JACOB AUERBACH, ESQ.
GALLUP AUERBACH
4000 HOLLYWOOD BLVD.
SUITE 265 SOUTH
HOLLYWOOD, FL 33021

Received by NOLAN PROCESS SERVERS, LLC on the 13th day of December, 2023 at 9:27 am to be served on **ALORICA INC. C/O REGISTERED AGENT SOLUTIONS, INC., REGISTERED AGENT, 155 OFFICE PLAZA DRIVE, SUITE A, TALLAHASSEE, FL 32301**.

I, ZHONTA STAPLETON, do hereby affirm that on the **14th day of December, 2023** at **11:59 am, I:**

**CORPORATE:** served by delivering a true copy of the **SUMMONS, COMPLAINT, EXHIBITS A, B** with the date and hour of service endorsed thereon by me, to: **BELINDA DUDLEY** as **AUTHORIZED REPRESENTATIVE** for the Registered Agent of ALORICA INC. C/O REGISTERED AGENT SOLUTIONS, INC., REGISTERED AGENT at the address of: **2894 REMINGTON GREEN LANE, STE. A, TALLAHASSEE, FL 32308**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
12/14/2023 11:59 am CORRECT ADDRESS FOR SERVICE:
2894 REMINGTON GREEN LANE
STE. A
TALLAHASSEE, FL 32308

**Description** of Person Served: Age: 50+, Sex: F, Race/Skin Color: WHITE, Height: 5'8", Weight: 140, Hair: BLONDE/GRAY, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge.NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

ZH G. Stapleton

**ZHONTA STAPLETON**
Process Server, CPS #277

**NOLAN PROCESS SERVERS, LLC**
**7498 Anglewood Lane**
**Tallahassee, FL 32309**
**(850) 562-6058**

Our Job Serial Number: MCN-2023019646

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2t

Filing # 187448847 E-Filed 12/06/2023 09:52:06 AM

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CHRISTINE STEPANOVICH,

Plaintiff,

v.

ALORICA INC.

Defendant. /

CASE NO: 2023-027631-CA (25)

Date 12/14/23 Time: 11:59a

ZS # 277

is a certified process server in the Circuit and County Courts in and for the Second Judicial Circuit

**SUMMONS**

THE STATE OF FLORIDA:

To Each Sheriff of the State of Florida:

**YOU ARE HEREBY COMMANDED** to serve this summons and a copy of the complaint or petition in this action on Defendant:

**ALORICA INC.**
REGISTERED AGENT SOLUTIONS, INC., Registered Agent
155 Office Plaza Dr., Suite A
Tallahassee, FL 32301

Each Defendant is required to serve written defenses to the complaint or petition on Plaintiff's attorney, to-wit:

Jacob K. Auerbach, Esq.
**Gallup Auerbach**
4000 Hollywood Boulevard,
Suite 265 South
Hollywood, Florida 33021
Tel: (954) 894-3035
E: jauerbach@gallup-law.com

within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

**DATED** on this _______ day of 12/6/2023 2023.

Juan Fernandez-Barquin,
Clerk of the Court and Comptroller

As Clerk of the Court

By: 307965
As Deputy Clerk

Jacob K. Auerbach, Esq.
Florida Bar No.: 084003
**Gallup Auerbach**
4000 Hollywood Boulevard
Suite 265 South
Hollywood, Florida 33021
t: (954) 894-3035
e: jauerbach@gallup-law.com

**IMPORTANT**

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response with the Clerk of the Court, you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below

**IMPORTANT**

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el bribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

**IMPORTANT**

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme di-dessous.

Filing # 189016648 E-Filed 01/03/2024 02:55:21 PM

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO. 2023-027631-CA (25)

CHRISTINE STEPANOVICH,

Plaintiff,

v.

ALORICA, INC.,
a Foreign Profit Corporation,

Defendant.
_________________________________/

**DEFENDANT'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant, Alorica, Inc. ("Defendant"), by and through its undersigned counsel, hereby moves, on an unopposed basis, for a 2-week extension of time, up to and including Wednesday, January 17, 2024, in which to respond to Plaintiff's Complaint. In support, Defendant states as follows:

1. On December 6, 2023, Plaintiff, CHRISTINE STEPANOVICH ("Plaintiff"), filed the operative Complaint alleging claims under the Florida Civil Rights Act of 1992 ("FCRA") and the Americans with Disabilities Act ("ADA").

2. Defendant has retained undersigned counsel and Jackson Lewis, P.C. to represent it in connection with this case.

3. Defense counsel is in need of additional time to obtain pertinent documentation and review contracts executed by Plaintiff in order to determine how to respond to this action.

4. Additionally, counsel for the parties are exploring the possibility that this matter could resolve without a response to the Complaint having to be filed.

5. In light of the above, Defendant requests that the Court grant it fourteen (14) additional days to respond to the Complaint up to including, Wednesday, January 17, 2024.

6. Undersigned counsel has conferred with Plaintiff's counsel regarding this request for an extension and Plaintiff's counsel **does not oppose** this request.

7. This Motion is made in good faith and not for purposes of delay. Moreover, no party will be prejudiced by the granting of this Motion.

WHEREFORE, Defendant respectfully requests that the Court grant Defendant's unopposed request for a 14-day extension of time, up to and including Wednesday, January 17, 2024, in which to file its response to Plaintiff's Complaint.

Dated: January 3, 2024

Respectfully submitted,

*/s/ Dion Cassata*

Dion J. Cassata, Esq.
Email: *dion.cassata@jacksonlewis.com*
Florida Bar No. 672564

JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
Two South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 577-7600

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 3, 2024, a true and correct copy of the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel of record.

*s/ Dion J. Cassata*
Dion J. Cassata, Esq.

**SERVICE LIST**

Jacob Auerbach, Esq.
Florida Bar No. 084003
E-mail: *jauerach@gallup-law.com*

GALLUP AUERBACH
4000 Hollywood Boulevard
Presidential Circle-Suite 265 South
Hollywood, Florida 33021
Telephone: (954) 894-3035

*Counsel for Plaintiff*

Dion J. Cassata, Esq.
Florida Bar No. 672564
E-mail: *dion.cassata@jacksonlewis.com*

JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 577-7600

*Counsel for Defendant*

4865-1302-1338, v. 1

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

CASE NO: 2023-027631-CA-01
SECTION: CA25
JUDGE: Valerie R. Manno Schurr

**CHRISTINE STEPANOVICH**

Plaintiff(s)

vs.

**ALORICA INC.**

Defendant(s)

______________________________/

**AGREED ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

The Court, having reviewed the Defendant's January 3, 2024 Unopposed Motion for an Extension of Time to File its Response to Plaintiff's Complaint ("Motion"), hereby ORDERS as follows:

1. The Defendant's Motion is GRANTED.

2. Defendant shall have, up to and including, January 17, 2024, in which to file its Response to Plaintiff's Complaint.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 4th day of January, 2024.

2023-027631-CA-01 01-04-2024 10:59 A

2023-027631-CA-01 01-04-2024 10:59 AM
Hon. Valerie R. Manno Schurr

**CIRCUIT COURT JUDGE**
Electronically Signed

No Further Judicial Action Required on **THIS MOTION**

CLERK TO **RECLOSE** CASE IF POST JUDGMENT

**Electronically Served:**
Dana M Gallup Esq, dgallup@gallup-law.com
Dana M Gallup Esq, mescobar@gallup-law.com
Dana M Gallup Esq, dauerbach@gallup-law.com
Dion J. Cassata, dion.cassata@jacksonlewis.com
Dion J. Cassata, marlon.roa@jacksonlewis.com
Dion J. Cassata, miamidocketing@jacksonlewis.com
Jacob K. Auerbach, jauerbach@gallup-law.com
Jacob K. Auerbach, mescobar@gallup-law.com
Jacob K. Auerbach, dgallup@gallup-law.com

**Physically Served:**