UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-cv-20187-ALTMAN/Becerra

CHRISTINE STEPANOVICH,

    Plaintiff,

v.

ALORICA INC.

    Defendant.        /

## JOINT STATUS REPORT

Plaintiff, CHRISTINE STEPANOVICH, and, Defendant, ALORICA INC., by and through their undersigned counsel, hereby file this Joint Status Report and state as follows:

1. On April 3, 2024, this Court stayed and closed this case to allow the parties an opportunity to try and resolve the case without incurring fees and costs.

2. On June 17, 2024, the parties participated in mediation with Robyn Hankins, Esq.

3. The mediation ended in an impasse.

Respectfully submitted,

| | |
|---|---|
| **GALLUP AUERBACH** | **JACKON LEWIS P.C.** |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| 4000 Hollywood Boulevard | One Biscayne Tower, Suite 3500 |
| Presidential Circle-Suite 265 South | Two South Biscayne Blvd. |
| Hollywood, Florida 33021 | Miami, FL 33131 |
| Telephone: (954) 894-3035 | Telephone: (305) 577-7600 |
| Facsimile: (754) 200-2836 | Fax: (305) 373- |
| E-mail: jauerbach@gallup-law.com | Email: dion.cassata@jacksonlewis.com |
| By: */s/ Jacob K. Auerbach* | By: */s/ Dion J. Cassata* |
| JACOB K. AUERBACH | DION J. CASSATA |
| Florida Bar No.: 84003 | Florida Bar No.: 672564 |

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on June 17, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

             By: */s/ Jacob K. Auerbach*
                JACOB K. AUERBACH
                Florida Bar No.: 084003

## SERVICE LIST
## STEPANOVICH V. ALORICA, INC.
## CASE NO.:  24-CV-20187-ALTMAN/Becerra

Dion J. Cassata, Esq.
Florida Bar No.: 672564
**JACKSON LEWIS P.C**.
One Biscayne Tower, Suite 3500
Two South Biscayne Boulevard
Miami, Florida 33131

Email: dion.cassata@jacksonlewis.com

Telephone: (305) 577-7600
Facsimile: (305) 373-4466

*Counsel for Defendant*

Via CM-ECF