**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 24-cv-20187-ALTMAN/Becerra**

CHRISTINE STEPANOVICH,

    Plaintiff,

v.

ALORICA INC.

    Defendant.                                    /

**PLAINTIFF'S UNNOPPOSED MOTION TO REOPEN CASE**

Plaintiff, CHRISTINE STEPANOVICH, by and through her undersigned counsel, and pursuant to the Federal Rules of Civil Procedure and the Local Rules for the Southern District of Florida, respectfully requests that the Court re-open this case and reset all the Court Ordered Deadlines set forth in the Trial Order [D.E. 14], and states as follows:

1. On April 3, 2024, this Court held a status conference, at which the parties and the Court agreed to stay and close this case to give the parties an opportunity to settle the case without incurring attorneys' fees and costs.

2. On June 17, 2024, the parties attended mediation that ended in an impasse.

3. Accordingly, Plaintiff respectfully requests that this Court reopen the case and reset all the Court Ordered Deadlines set forth in the Trial Order {D.E. 14].

4. Plaintiff's counsel conferred with Defendant's counsel who does not oppose this Motion.

WHEREFORE, Plaintiff files this Motion and requests that this Honorable Court grant this motion and order the case re-opened.

Respectfully submitted,

**GALLUP AUERBACH**
*Counsel for Plaintiff*

4000 Hollywood Boulevard
Presidential Circle-Suite 265 South
Hollywood, Florida 33021
Telephone:   (954) 894-3035
Facsimile:   (754) 200-2836
E-mail:      jauerbach@gallup-law.com

By:   */s/ Jacob K. Auerbach*
JACOB K. AUERBACH
Florida Bar No.: 84003

2

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on June 17, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                           By:   */s/ Jacob K. Auerbach*
                                                                    JACOB K. AUERBACH
                                                                    Florida Bar No.: 084003

## SERVICE LIST
## STEPANOVICH V. ALORICA, INC.
## CASE NO.: 24-CV-20187-ALTMAN/Becerra

Dion J. Cassata, Esq.
Florida Bar No.: 672564
**JACKSON LEWIS P.C**.
One Biscayne Tower, Suite 3500
Two South Biscayne Boulevard
Miami, Florida 33131

Email: dion.cassata@jacksonlewis.com

Telephone: (305) 577-7600
Facsimile: (305) 373-4466

*Counsel for Defendant*

Via CM-ECF