UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 24-cv-20187-ALTMAN/Becerra

CHRISTINE STEPANOVICH,

    Plaintiff,

v.

ALORICA INC.,
a Foreign Profit Corporation,

    Defendant.
_____/

**DEFENDANT'S *UNOPPOSED* MOTION TO RESCHEDULE STATUS CONFERENCE**

Defendant, Alorica Inc. ("Defendant"), by and through its undersigned counsel, hereby moves, on an unopposed basis, for entry of an order re-setting tomorrow's 11 a.m. status conference, and in support thereof states:

1. This Court has set an 11 a.m. in-person status conference for tomorrow, June 21, 2024.

2. Defendant Alorica Inc. indicated this afternoon they intend to switch defense counsel.

WHEREFORE, undersigned counsel would request that tomorrow's status conference be rescheduled so that Defendant can formerly obtain their new counsel, said new counsel can get "up to speed" on this case, and that current and new counsel for Defendant can properly file an appropriate motion to substitute counsel.

**CERTIFICATE OF CONFERRAL**

Undersigned counsel has conferred with Plaintiff's counsel regarding the relief requested in this Motion, and is authorized to represent that **Plaintiff has no objection** to the relief requested herein.

CASE NO.: 24-cv-20187-ALTMAN/Becerra

Dated:  June 20, 2024                    Respectfully submitted,

*s/ Dion Cassata*
Dion J. Cassata, Esq.
Email: *dion.cassata@jacksonlewis.com*
Florida Bar No. 672564

JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
Two South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 577-7600

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 20, 2024, a true and correct copy of the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel of record.

*s/ Dion J. Cassata*
Dion J. Cassata, Esq.

*CASE NO.: 24-cv-20187-ALTMAN/Becerra*

## SERVICE LIST

| | |
|---|---|
| Jacob Auerbach, Esq.<br>Florida Bar No. 084003<br>Email: *jauerach@gallup-law.com*<br><br>GALLUP AUERBACH<br>4000 Hollywood Boulevard<br>Presidential Circle-Suite 265 South<br>Hollywood, Florida 33021.<br><br>*Attorneys for Plaintiff* | Dion J. Cassata, Esq.<br>Florida Bar No. 672564<br>Email: *dion.cassata@jacksonlewis.com*<br><br>JACKSON LEWIS P.C.<br>One Biscayne Tower, Suite 3500<br>2 South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone: (305) 577-7600<br><br>*Attorneys for Defendant* |